UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DARIUS LEIGH GILKEY**, Petitioner, vs. **DEWAYNE BURTON**, Respondent. | 2:17-CV-12753-TGB  **SECOND ORDER TO SIGN AND VERIFY PETITION** |

Petitioner Darius Leigh Gilkey, a Michigan state prisoner, filed an unsigned and unverified petition for writ of habeas corpus. (ECF No. 1.) On February 18, 2020, the Court issued an Order requiring Petitioner to file a signed and verified petition within thirty days or risk dismissal of the petition. (*See* Order to Sign and Verify Petition, ECF No. 15.) Petitioner has not complied with the Court's Order and the time for doing so has expired.

Shortly after the Order to Sign and Verify Petition was issued, Petitioner notified the Court that he had been transferred to a different prison. (ECF No. 18.) It is unclear whether Petitioner received the Court's Order before being transferred. To ensure that Petitioner has a fair opportunity to correct the deficiency and comply with the Court's

Order, the Court issues this Second Order to Sign and Verify Petition.

For these reasons:

(1) The Clerk of Court is **ORDERED** to provide Petitioner a copy of his habeas corpus petition. (ECF No. 1.)

(2) Petitioner is **ORDERED** to sign and date the petition in the locations so designated on the petition form.

(3) Petitioner is **ORDERED** to return the signed and dated petition to the Court for filing within **THIRTY DAYS** from the date of this order.

(4) Failure to comply with this Order may result in dismissal of the petition. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

DATED: May 20, 2020

                                           BY THE COURT:

                                           /s/Terrence G. Berg
                                           TERRENCE G. BERG
                                           United States District Judge